EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Solicitud del Programa de Educación Jurídica Continua sobre varios(as) profesionales del Derecho | 2023 TSPR 138

213 DPR ___ |

Número del Caso: MC-2017-0035


Fecha: 28 de noviembre de 2023


Materia: Solicitud del Programa de Educación Jurídica Continua sobre varios(as) profesionales del Derecho.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*:<br><br>Solicitud del Programa de Educación Jurídica Continua sobre varios(as) profesionales del Derecho | MC-2017-0035 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de noviembre de 2023.

En virtud de la Ley Núm. 43 de 14 de mayo de 1932, 4 LPRA sec. 771 *et seq.*, todo abogado y toda abogada tenía la obligación de afiliarse al Colegio de Abogados de Puerto Rico para ejercer la profesión legal válidamente en nuestra jurisdicción.

Posteriormente, la Asamblea Legislativa promulgó la Ley Núm. 121-2009 para, entre otros asuntos, eliminar la colegiación obligatoria como requisito para ejercer la profesión legal en Puerto Rico. Ello tuvo la consecuencia de que quien hubiese juramentado ante el Tribunal Supremo, pero no se colegió previo a la vigencia de la Ley Núm. 121-2009, pasó a tener estatus activo a partir del 13 de octubre de 2009. También surgió la obligación de que tuvieran que cumplir con los requisitos de educación jurídica continua, según establecidos en la reglamentación creada por este Tribunal.

Precisamente, mediante la *Resolución* ER-98-6 de 30 de junio de 1998, In re: Reglamento de Educación Jurídica Continua, 146 DPR 494 (1998), este Tribunal aprobó un Reglamento de Educación Jurídica Continua. Varios años después promulgamos el Reglamento del Programa de Educación Jurídica Continua, mediante Resolución ER-2005-04 de 8 de abril de 2005. In re: Aprobación del Reglamento del Programa de Educación Jurídica Continua, 164 DPR 555 (2005). Así se estableció la obligación de que todo profesional del Derecho admitido al ejercicio de la abogacía en Puerto Rico, con estatus activo o con una suspensión del ejercicio de la profesión legal de forma temporal o por un periodo de tiempo específico, cumpliera con los requisitos de educación jurídica continua, a menos que obtuviera una exoneración bajo la Regla 4(C) del Reglamento del Programa. En ese sentido, se establecieron los requisitos mínimos en cuanto a los créditos que debían completar. A su vez, se dispuso un procedimiento para aquellos casos en los que no se completaran las horas requeridas.

En el 2017 aprobamos un nuevo reglamento mediante el cual se derogó la reglamentación de educación continua de 1998 y 2005. Véase In re: Aprobación del Reglamento del Programa de Educación Jurídica Continua, 198 DPR 254 (2017). Este dispuso que cualquier procedimiento iniciado bajo los reglamentos derogados continuaría vigente, siempre que fuera compatible con el nuevo reglamento.

En virtud de la normativa reseñada, el Programa de Educación Jurídica Continua refirió varios abogados y abogadas a nuestra atención. En particular, nos informó que estos y estas estaban en incumplimiento con los requisitos de educación continua. Además, resaltó que el incumplimiento surgió porque habían adquirido estatus activo en la profesión ante los cambios en el marco jurídico antes reseñado, a saber: (1) porque no se colegiaron previo a la vigencia de la Ley Núm. 121-2009; (2) porque la exoneración por ser colegiado inactivo o colegiada inactiva no se renovó luego de la vigencia de la Ley Núm. 121-2009, o (3) porque la exoneración por ser colegiado inactivo o colegiada inactiva venció luego del cambio de la Regla 4 del Programa de Educación Jurídica Continua. Véase In re: Enmienda a la Regla 4 del Reglamento del Programa de Educación Jurídica Continua, 183 DPR 48 (2011).[1]

Hemos constatado que el Programa de Educación Jurídica Continua les otorgó a estos abogados y estas abogadas un periodo razonable para completar los requisitos correspondientes. Transcurrido dicho término, y habiéndose verificado que se les brindó suficiente oportunidad para cumplir, el 8 de marzo de 2018 emitimos un edicto mediante el cual les concedimos treinta (30) días a cada profesional del Derecho para que compareciera y proveyera información sobre su estatus. Asimismo, luego de varios trámites, el 14 de septiembre de 2023 emitimos un último edicto mediante el cual les otorgamos igual término para comparecer y cumplir con lo requerido. Les advertimos que, de no comparecer en el plazo concedido, procederíamos con su inactivación inmediata de la profesión.

Vencido el término dispuesto en el último edicto publicado sin que estos y estas comparecieran, y luego de que el Programa de Educación Jurídica Continua certificara que se mantienen en incumplimiento con los requisitos establecidos por este Tribunal, se ordena que el Secretario proceda con el cambio de estatus a inactivo de los abogados y las abogadas que se mencionan a continuación:

---

[1] El 30 de septiembre de 2011 emitimos la *Resolución* ER-2011-04 para eliminar la exoneración por ser colegiado inactivo o colegiada inactiva. Como consecuencia, a partir del 1 de enero de 2012 debía completarse el proceso de cambio de estatus en la Secretaría de nuestro Tribunal para obtener el relevo de los requisitos de educación jurídica continua.

| 1,386 | Pedro E. Muñiz Ramos |
| 1,395 | Dolores L. Leguillou Ñeco |
| 1,787 | James G. Shine |
| 1,924 | Rodolfo Sequeira Palicio |
| 2,153 | Félix V. De Jesús Matos |
| 2,246 | Frank A. Ortiz |
| 2,288 | Wilfredo Morales Rodríguez |
| 2,446 | Josué Pérez Vergara |
| 2,499 | Dynorah R. Requena Gallego |
| 2,595 | Efraín Aponte Berdecía |
| 2,800 | Renee Negrón De Méndez |
| 2,874 | Pedro Santiago Torres |
| 2,962 | Alice Jones Negrón |
| 3,028 | Henry Schmer |
| 3,187 | Juan A. Santiago Bahamundi |
| 3,376 | Bienvenido Vélez Coello |
| 3,385 | Antonio Nieves Franqui |
| 3,394 | Yolanda Morales González |
| 3,605 | Irma M. Meléndez Collazo |
| 3,620 | Gabriel Guerra-Mondragón Casalduc |
| 3,621 | Rafael Dávila Rivera |
| 3,738 | Octavio San Miguel Griffo |
| 3,752 | Cruz J. Febres Falú |
| 3,870 | Sheila F. De Borges |
| 3,953 | Adolfo J. Vilá Alonso |
| 3,986 | Lydia Stutts Lutzen |
| 4,080 | Rafael M. Pagán Mirandés |
| 4,136 | Elena M. Rosich Santiago |
| 4,253 | Julio E. León Ríos |
| 4,435 | Selenia S. Dolz |
| 4,648 | William C. Headrick |
| 4,975 | Juan G. Gerardino Conde |
| 5,021 | José A. Rodríguez Quiñones |
| 5,336 | Héctor M. Montañez Reyes |
| 5,366 | Hilda D. Rodríguez Pérez |
| 5,417 | Nilda Aponte Lebrón |
| 5,471 | Juan J. León Soto |
| 5,532 | Víctor Rivera Santos |
| 5,845 | Rolando E. Cruz Quiñones |
| 5,891 | Pedro Ramos Pérez |
| 6,273 | Rafael Martínez Solla |
| 6,325 | Carlos Roure Sierra |
| 6,336 | José M. Negrón Crespo |
| 6,461 | Luis A. Cruz Quiñones |
| 6,485 | María Del Carmen Esteves Avilés |
| 6,527 | Vanessa N. Guzmán Narváez |
| 6,582 | Milagros Morales Guzmán |
| 6,883 | Albert López Cuevas |
| 6,868 | Yolanda A. Collazo Rodríguez |
| 6,985 | Pedro Edgardo Moll Aguayo |
| 7,028 | Ramón Torres Catalán |

```
 7,046    Alberto Roldán Del Valle
 7,090    Evangelina Vives Amengual
 7,220    Katherine Futscher De Theofel
 7,316    Luis Antonio Pérez Pietri
 7,349    Pedro M. Santoni Rodríguez
 7,491    Patricia L. De Carlo Umpierre
 7,557    Guillermo Pesant Cosculluela
 7,585    Hermes R. Vélez Juan
 7,599    Víctor J. González Bothwell
 7,623    Roberto Dueño Carmoega
 7,803    Rigoberto Zayas Agostini
 7,975    Rafael Ríos Rodríguez
 8,292    Alicia M. Otero Fernández
 8,458    Gerard M. García Garnot
 8,697    María I. Rivera Rivera
 8,716    Georgina Prieto De Becerra
 9,040    Roxanna M. De Jesús Díaz
 9,291    Priscilla A. Whitehead Ferguson
 9,303    Norbal Vázquez Galarza
 9,589    Elizabeth Vázquez Rodríguez
10,048    Ángel M. Hernández Santiago
10,847    María Del Pilar Díaz Díaz
11,334    Cheryl Charles Smith
11,626    Gina M. Moreno Pietri
11,775    Mariela García Colberg
11,982    César A. Álvarez Moreno
12,084    Carmen E. Rocafort Sein
12,111    Aned M. Baerga Rodríguez
12,241    Marnie Lugo Ruiz
13,233    Linda L. Nieles Fontánez
13,349    Alexandra N. Sandín Álvarez
13,671    Héctor Guerrero Rivera
14,258    Alberto J. Cid Moll
14,511    Marco A. Muñiz Figueroa
14,604    Aura L. Kregloh Varela
14,836    Juan M. Correa Rivera
15,595    Kariann Rosado Rodríguez
15,798    Joselle M. Lamoutte Navas
15,916    Iris Yadira Díaz Rodríguez
```

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo